

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2022

No. 04-22-00174-CV

Antonio G. **CANTU**,
Appellant

v.

**BEXAR APPRAISAL DISTRICT AND MICHAEL AMEZQUITA**,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI22041
Honorable John D. Gabriel Jr., Judge Presiding

# O R D E R

On May 16, 2022, appellant's counsel filed a motion to withdraw as appellate counsel. After consideration, we **grant** the motion.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court